**EXHIBIT A**
**TO SECOND AMENDED COMPLAINT**
(*U.S. ex rel Cashi v. FoxHollow Technologies, Inc., et al.*, CA No. 1:09-cv-1066-WMS)

**LIST OF DEFENDANT HOSPITALS**

| Provider ID | Hospital Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 140208 | Advocate Christ Hospital & Medical Center | 4440 West 95th Street | Oak Lawn | IL | 60453-2699 |
| 140258 | Alexian Brothers Medical Center | 800 Biesterfield Road | Elk Grove Village | IL | 60007-3397 |
| 520096 | All Saints Medical Center St. Mary's Campus | 3801 Spring Street | Racine | WI | 53405-1690 |
| 030102 | Arizona Heart Hospital | 1930 East Thomas Road | Phoenix | AZ | 85016 |
| 040134 | Arkansas Heart Hospital | 1701 South Shackleford Road | Little Rock | AR | 72211 |
| 110115 | Atlanta Medical Center | 303 Parkway Drive, NE | Atlanta | GA | 30312-1212 |
| 520138 | Aurora St. Lukes Medical Center | 2900 W. Oklahoma Ave. | Milwaukee | WI | 53215-4330 |
| 430095 | Avera Heart Hospital of South Dakota | 4500 West 69th Street | Sioux Falls | SD | 57108 |
| 050724 | Bakersfield Heart Hospital | 3001 Sillect Ave. | Bakersfield | CA | 93308 |
| 450058 | Baptist Health System | 111 Dallas Street | San Antonio | TX | 78205 |
| 180130 | Baptist Hospital East | 4000 Kresge Way | Louisville | KY | 40207 |
| 100093 | Baptist Hospital Pensacola | 1000 West Moreno Street; P.O. Box 17500 | Pensacola | FL | 32501-2393 |
| 440048 | Baptist Memorial Hospital | 899 Madison Avenue | Memphis | TN | 38146-0002 |
| 450890 | Baylor Regional Medical Center at Plano | 4700 Alliance Blvd. | Plano | TX | 75093 |
| 220086 | Beth Israel Deaconess Medical Center | 330 Brookline Avenue | Boston | MA | 02215-5491 |
| 220110 | Brigham and Women's Hospital | 75 Francis Street | Boston | MA | 02115-6195 |
| 510058 | Camden Clark Memorial Hospital | 800 Garfield Avenue | Parkersburg | WV | 26102 |

1

| Provider ID | Hospital Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 220012 | Cape Cod Hospital | 27 Park Street | Hyannis | MA | 02601 |
| 220111 | Caritas Good Samaritan Medical Center | 235 N. Pearl Street | Brockton | MA | 02401-1794 |
| 220036 | Caritas St. Elizabeth's Medical Center | 736 Cambridge Street | Boston | MA | 02135-2997 |
| 420091 | Carolinas Hospital System | 805 Pamplico Highway | Florence | SC | 29505-6050 |
| 340113 | Carolinas Medical Center/Behavioral Health | 1000 Blythe Blvd. | Charlotte | NC | 28203-5871 |
| 030010 | Carondelet St. Mary's Hospital & Health Center | 1601 West St. Mary's Road | Tucson | AZ | 85745 |
| 050625 | Cedars-Sinai Medical Center | 8700 Beverly Blvd. | Los Angeles | CA | 90048-1865 |
| 440161 | Centennial Medical Center | 2300 Patterson Street | Nashville | TN | 37203-1528 |
| 450801 | Christus St. Michael Health System | 2600 St. Michael Drive | Texarkana | TX | 75503-2372 |
| 450617 | Clear Lake Regional Medical Center | 500 Medical Center Blvd. | Webster | TX | 77598 |
| 330159 | Community General Hospital of Greater Syracuse | 4900 Broad Road | Syracuse | NY | 13215-2293 |
| 150125 | Community Hospital, The | 901 MacArthur Blvd. | Munster | IN | 46321-2959 |
| 450222 | Conroe Regional Medical Center | 504 Medical Center Blvd. | Conroe | TX | 77304 |
| 420049 | Conway Medical Center | 300 Singleton Ridge Road | Conway | SC | 29526 |
| 450040 | Covenant Medical Center | 4000 24th Street | Lubbock | TX | 79410-1894 |
| 280030 | Creighton University Medical Center – Saint Joseph | 601 N. 30th Street | Omaha | NE | 68131 |
| 010092 | D C H Regional Medical Center | 809 University Blvd. E. | Tuscaloosa | AL | 35401-2029 |
| 360253 | Dayton Heart Hospital | 707 S. Edwin C Moses Blvd. | Dayton | OH | 45408 |
| 500044 | Deaconess Medical Center | W 800 Fifth Avenue | Spokane | WA | 99210 |
| 450646 | Del Sol Medical Center | 10301 Gateway West | El Paso | TX | 79925 |

| Provider ID | Hospital Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 450869 | Doctors Hospital at Renaissance | 5501 S. McCroll Rd. | Edinburg | TX | 78539 |
| 010029 | East Alabama Medical Center and SNF | 665 Opelika Road | Auburn | AL | 36830 |
| 050573 | Eisenhower Medical Center | 39000 Bob Hope Drive | Rancho Mirage | CA | 92270 |
| 360145 | EMH Regional Medical Center | 630 East River Street | Elyria | OH | 44035 |
| 110078 | Emory Crawford Long Hospital | 550 Peachtree Street NE | Atlanta | GA | 30308 |
| 260021 | Forest Park Hospital | 6150 Oakland Avenue | Saint Louis | MO | 63139 |
| 180127 | Frankfort Regional Medical Center | 299 King's Daughters Drive | Frankfort | KY | 40601 |
| 260137 | Freeman Health System – Freeman West | 1102 West 32nd Street | Joplin | MO | 64804 |
| 050732 | Fresno Heart Hospital | 15 E. Audubon Dr. | Fresno | CA | 93720 |
| 160033 | Genesis Medical Center – Davenport | 1227 East Rusholme Street | Davenport | IA | 52803 |
| 050239 | Glendale Adventist Medical Center | 1509 Wilson Terrace | Glendale | CA | 91206-4007 |
| 050471 | Good Samaritan Hospital | 1225 Wilshire Blvd. | Los Angeles | CA | 90017-1901 |
| 360052 | Good Samaritan Hospital | 2222 Philadelphia Drive | Dayton | OH | 45406-1891 |
| 230104 | Harper University Hospital | 3990 John R | Detroit | MI | 48201-9027 |
| 450824 | Heart Hospital of Austin | 3801 North Lamar Blvd. | Austin | TX | 78756 |
| 190263 | Heart Hospital of Lafayette | 1105 Kaliste Saloon Road | Lafayette | LA | 70508 |
| 320083 | Heart Hospital of New Mexico | 504 Elm Street NE | Albuquerque | NM | 87102 |
| 230072 | Holland Community Hospital | 602 Michagan Avenue | Holland | MI | 49423-4999 |
| 170020 | Hutchinson Hospital | 1701 East 23rd | Hutchinson | KS | 67502 |
| 350070 | Innovis Health | 3000 32nd Ave. S | Fargo | ND | 58103 |

| Provider ID | Hospital Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 370018 | Jane Phillips Medical Center | 3500 SE Frank Phillips Blvd. | Bartlesville | OK | 74006-2409 |
| 390265 | Jefferson Regional Medical Center | 565 Coal Valley Road;  P.O. Box 18119 | Pittsburgh | PA | 15236 |
| 110038 | John D Archbold Memorial Hospital | Gordon Ave. & Mimosa Dr. | Thomasville | GA | 31792 |
| 330005 | Kaleida Health System | 100 High Street | Buffalo | NY | 14203 |
| 180009 | King's Daughters' Medical Center | 2201 Lexington Avenue | Ashland | KY | 41101 |
| 190060 | Lake Charles Memorial Hospital | 1701 Oak Park Blvd. | Lake Charles | LA | 70601-8911 |
| 450702 | Longview Regional Medical Center | 2901 North Fourth Street;  P.O. Box 14000 | Longview | TX | 75605 |
| 190250 | Louisiana Medical Center and Heart Hospital | 64030 Highway 434 | Lacombe | LA | 70445 |
| 450876 | Lubbock Heart Hospital LP | 4810 North Loop 289 | Lubbock | TX | 79416 |
| 390195 | Main Line Hospitals Lankenau | 100 Lancaster Avenue | Wynnewood | PA | 19096 |
| 350015 | MedCenter One | 300 North Seventh Street | Bismarck | ND | 58501-4439 |
| 010011 | Medical Center East | 50 Medical Park East Drive | Birmingham | AL | 35235-9987 |
| 060119 | Medical Center of the Rockies | 2500 Rocky Mountain Avenue | Loveland | CO | 80538 |
| 170182 | Menorah Medical Center | 5721 W. 119th Street | Overland Park | KS | 66209-3722 |
| 050017 | Mercy General Hospital | 4001 J Street | Sacramento | CA | 95819 |
| 150002 | Methodist Hospital, Inc. The | 600 Grant Street | Gary | IN | 46402-6099 |
| 370094 | Midwest Regional Medical Center | 2825 Parklawn Drive | Midwest City | OK | 73110-4258 |
| 100265 | Morton Plant Mease Healthcare Countryside | 3231 McMullen Booth Road | Safety Harbor | FL | 34695 |
| 100062 | Munroe Regional Medical Center | 1500 S.W. 1st Avenue | Ocala | FL | 34474-4059 |
| 230097 | Munson Medical Center | 1105 Sixth Street | Traverse City | MI | 49684-2386 |

| Provider ID | Hospital Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 280128 | Nebraska Heart Hospital, LLC | 7500 South 91st Street | Lincoln | NE | 68526 |
| 330101 | New York – Presbyterian Hospital | 630 W. 168th Street | New York | NY | 10032-3702 |
| 060001 | North Colorado Medical Center | 1801 16th Street | Greenley | CO | 80631-5199 |
| 230105 | Northern Michigan Hospital | 416 Connable Avenue | Petoskey | MI | 49770 |
| 100238 | Northside Hospital | 6000 49th Street North | Saint Petersburg | FL | 33709-2145 |
| 450209 | Northwest Texas Healthcare System | 1501 South Coulter Avenue | Amarillo | TX | 79106-1790 |
| 330214 | NYU Hospitals Center | 550 First Avenue | New York | NY | 10016 |
| 230020 | Oakwood Hospital and Medical Center – Dearborn | 18101 Oakwood Blvd. | Dearborn | MI | 48124 |
| 440173 | Parkwest Medical Center | 9352 Park West Blvd. | Knoxville | TN | 37923 |
| 390067 | Pinnacle Health System | 111 South Front Street | Harrisburg | PA | 17101 |
| 450672 | Plaza Medical Center of Fort Worth | 900 Eight Avenue | Fort Worth | TX | 76104-3986 |
| 260119 | Poplar Bluff Regional Medical Center | 2620 North Westwood Blvd. | Poplar Bluff | MO | 63901 |
| 230019 | Providence Hospital | 16001 West 9 Mile Road | Southfield | MI | 48075 |
| 050235 | Providence Saint Joseph Medical Center | 501 S. Buena Vista Street | Burbank | CA | 91505 |
| 140029 | Rush Copley Memorial Hospital | 2000 Ogden Avenue | Aurora | IL | 60504 |
| 450054 | Scott & White Memorial Hospital | 2401 31st Street | Temple | TX | 76508 |
| 050197 | Sequoia Hospital | 170 Alameda De Las Pulgas | Redwood City | CA | 94062 |
| 050733 | Shasta Regional Medical Center | 1100 Butte Street | Redding | CA | 96001 |
| 140213 | Silver Cross Hospital | 1200 Maple Road | Joliet | IL | 60432-1497 |
| 430027 | Sioux Valley Hospital University Medical Center | 1305 West 18th Street | Sioux Falls | SD | 57117-5039 |

| Provider ID | Hospital Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 010083 | South Baldwin Regional Medical Center | 1613 North McKenzie Street | Foley | AL | 36535 |
| 230264 | Southeast Michigan Surgical Hospital, LLC | 21230 Dequindre Road | Warren | WI | 48091 |
| 330043 | Southside Hospital | 301 East Main Street | Bay Shore | NY | 11706 |
| 100220 | Southwest Florida Regional Medical Center | 2727 Winkler Avenue | Fort Myers | FL | 33901-9396 |
| 230038 | Spectrum Health Hospitals | 100 Michigan Street NE | Grand Rapids | MI | 49503-2551 |
| 260005 | SSM St. Joseph Health Center | 300 First Capitol Drive | Saint Charles | MO | 63301-2835 |
| 150126 | St. Anthony Medical Center of Crown Point | 1201 South Main Street | Crown Point | IN | 46307 |
| 080003 | St. Francis Hospital | Seventh and Clayon Streets | Wilmington | DE | 19805-0500 |
| 440183 | St. Francis Hospital | 5959 Park Avenue | Memphis | TN | 38119-5198 |
| 330182 | St. Francis Hospital, Roslyn | 100 Port Washington Blvd. | Roslyn | NY | 11576-1348 |
| 260183 | St. Francis Medical Center | 211 St. Francis Drive | Cape Girardeau | MO | 63703-8399 |
| 050013 | St. Helena Hospital | 650 Sanitarium Road | Deer Park | CA | 94576-9710 |
| 140172 | St. James Hospital & Health Center – Olympia Fields | 20201 S. Crawford Avenue | Olympia Fields | IL | 60461 |
| 230165 | St. John Hospital & Medical Center | 22101 Moross Road | Detroit | MI | 48236-2172 |
| 230195 | St. John Macomb Hospital | 11800 East Twelve Mile Road | Warren | MI | 48093 |
| 260085 | St. Joseph Medical Center | 1000 Carondelet Drive | Kansas City | MO | 64114 |
| 230029 | St. Joseph Mercy Oakland | 44405 Woodward Avenue | Pontiac | MI | 48341-2985 |
| 100075 | St. Joseph's Hospital | 3001 W. Dr. Martin Luther King Jr. Blvd. | Tampa | FL | 33607 |
| 330140 | St. Joseph's Hospital Health Center | 301 Prospect Avenue | Syracuse | NY | 13203-1895 |
| 050084 | St. Joseph's Medical Center of Stockton | 1800 North California Street | Stockton | CA | 95204 |

| Provider ID | Hospital Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 260011 | St. Mary's Health Center | 100 St. Mary's Medical Plaza | Jefferson City | MO | 65101-1601 |
| 100040 | St. Vincent's Medical Center | 1 Shircliff Way | Jacksonville | FL | 32204 |
| 050108 | Sutter General Hospital | 2801 L Street | Sacramento | CA | 95816 |
| 330290 | SVCMC – St. Vincent's Centers NY & West Branches | 170 West 12th Street | New York | NY | 10011-8397 |
| 500027 | Swedish Medical Center | 747 Broadway | Seattle | WA | 98122 |
| 450878 | Texsan Heart Hospital | 6700 IH 10 West | San Antonio | TX | 78201 |
| 160104 | Trinity at Terrace Park | 4500 Utica Road | Bettendorf | IA | 52722 |
| 050262 | UCLA Medical Center | 10833 Le Conte Avenue | Los Angeles | CA | 90095-3075 |
| 030064 | University Medical Center | 1501 North Campbell Avenue | Tucson | AZ | 85724-5128 |
| 290021 | Valley Hospital Medical Center | 620 Shadow Lane | Las Vegas | NV | 89106-4119 |
| 030007 | Verde Valley Medical Center | 269 South Candy Lane | Cottonwood | AZ | 86326-4170 |
| 450200 | Wadley Regional Medical Center | 1000 Pine Street | Texarkana | TX | 75501-5170 |
| 340069 | WakeMed, Raleigh Campus | 3000 New Bern Avenue | Raleigh | NC | 27610-1295 |
| 040004 | Washington Regional Medical Center at No Hills | 1125 North College Avenue | Fayetteville | AR | 72703-1994 |
| 250094 | Wesley Medical Center | 5001 Hardy Street | Hattiesburg | MS | 39402-1366 |
| 230130 | William Beaumont Hospital | 3601 West Thirteen Mile Road | Royal Oak | MI | 48073-6769 |
| 190236 | Willis Knighton Bossier Health Center | 2400 Hospital Drive | Bossier City | LA | 71111 |
| 190111 | Willis Knighton Medical Center | 2600 Greenwood Road | Shreveport | LA | 71103 |